IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN B. McCORD,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-661-bbc

JESSICA DIETEL, Agent, DOC-DCC,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Jonathan B. McCord for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

_Peter Oppeneer_        10/29/12
Peter Oppeneer, Clerk of Court      Date